UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CONSTELLATION LEASING, LLC

                               Plaintiff,      08 CV _____

                - v -                              **PLAINTIFF'S RULE 7.1(a) DISCLOSURE STATEMENT**

OXFORD AVIATION, INC,

                               Defendant.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.1(e), Plaintiff Constellation Leasing, LLC ("Constellation Leasing"), by and through its attorneys Nixon Peabody LLP, states that its parent corporation is Constellation Brands, Inc. ("CBI") and that CBI, a publicly traded company, owns one hundred percent (100%) of its stock.

                                                    Respectfully submitted,

                                                    NIXON PEABODY LLP
                                                    Attorneys for
                                                    Constellation Leasing, LLC

Dated:  December 9, 2008                By:  /s/ Richard A. McGuirk
                                                    Richard A. McGuirk
                                                    Nixon Peabody, LLP
                                                    1100 Clinton Square
                                                    Rochester, New York 14604-1792
                                                    Telephone: (585) 263-1000
                                                    rmcguirk@nixonpeabody.com

12296361.2