```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------X
CONSTELLATION LEASING, LLC,

                        Plaintiff,        08 CV 6558 CJS(JWF)

          -v-                              NOTICE OF MOTION TO
                                           TRANSFER ACTION AND
OXFORD AVIATION, INC.,                     FOR CONSOLIDATION

                        Defendant.
-----------------------------------------X
```

| | |
|---|---|
| Nature of Action: | Breach of Contract |
| Moving Party: | Defendant Oxford Aviation, Inc. |
| Directed To: | Plaintiff Constellation Leasing, LLC |
| Date and Time: | To be set by the Court |
| Place: | U.S. District Court, Western District of New York<br>Honorable Jonathan W. Feldman,<br>United States Magistrate Judge<br>2330 United States Courthouse<br>100 State Street<br>Rochester, New York  14674 |
| Supporting Papers: | Memorandum of Law, Affidavit of James Horowitz, President of Defendant, Oxford and Declaration of Francine P. Aronson, Esq., together with Exhibits 1-6 |
| Answering Papers: | Pursuant to Local Rule 7.1(c), an opposing party is required to file and serve answering papers, if any, at least eight business days prior to the return date of this motion.  The moving party intends to file and serve reply papers. |
| Relief Requested: | Transfer of Venue to the District of Maine and Consolidation with Prior Pending Action in Maine |

Grounds for Relief:    28 USC § 1404(a) and FRCP 42(a)

Oral Argument:    Requested

DATED:    Dutchess County, New York
          April 17, 2009

                              LAW OFFICES OF ROBERT W. ARONSON

                    By:  /s/ Francine Padgett Aronson
                         Francine Padgett Aronson
                         Law Offices of Robert W. Aronson
                         Attorneys for Defendant
                         129 Clove Branch Road
                         Hopewell Junction, NY 12533
                         Telephone: (845) 226-9996
                         Email: aronsonlaw@optonline.net

TO:  Richard A. McGuirk
     Nixon Peabody, LLP
     Attorneys for Plaintiff
     1100 Clinton Square
     Rochester, NY 14604-1792
     Telephone: (585) 263-1000
     Email: rmcguirk@nixonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2009, I electronically filed Defendant's Notice of Motion to Transfer Action and for Consolidation with Supporting Papers with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

                    Richard A. McGuirk, Esq.
                    rmcguirk@nixonpeabody.com

                         /s/ Francine Padgett Aronson
                         FRANCINE P. ARONSON, Esq. Bar #FA0793
                         Law Offices of Robert W. Aronson
                         129 Clove Branch Road
                         Hopewell Junction, NY 12533
                         (845) 226-9996
                         aronsonlaw@optonline.net

                         Attorney for Defendant
                         Oxford Aviation Inc.